AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GARY L. CORBRAY,

                Plaintiff,

                                                JUDGMENT IN A CIVIL CASE

                v.

K. CUNNINGHAM, SGT. WALDO, and
CUSTODY UNIT SUPERVISOR BECERRA,        CASE NUMBER: CV-11-117-JLQ

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint shall be DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

June 14, 2011                                          JAMES R. LARSEN
*Date*                                                  *Clerk*
                                                           s/ Sheila Parpolia
                                                           *(By) Deputy Clerk*
                                                           Sheila Parpolia